UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. COBOS )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE )<br>COMMISSIONER OF THE )<br>SOCIAL SECURITY ADMINISTRATION )<br>Defendant. )<br>_____ ) | CIVIL NO.  08CV 1896 JM  (PCL)<br><br>ORDER GRANTING PLAINTIFF'S MOTION   FOR<br>ENTRY OF JUDGMENT |

Defendant does not oppose Plaintiff's Motion for Entry of Judgment.  In accordance with the Court's Order filed October 27, 2009, the Clerk shall enter judgment granting in part Plaintiff's motion for summary judgment, and denying in part Defendant's cross-motion for summary judgment and remanding the case for further proceedings consistent with the Order pursuant to Sentence 4 of 42 U.S.C. section 405 (g)( Document 16).  In sum, the motion for entry of judgment is granted.

IT IS SO ORDERED.

DATED: February 1, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties