# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

MARIA D. COBOS

V.

MICHAEL J. ASTRUE
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1896-JM(PCL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants in part Plaintiff's motion for summary judgment and denying in part Defendant's cross-motion for summary judgment and remanding the case for further proceedings consistent with the Order pursuant to Sentence 4 of 42 U.S.C. section 405 (g)................................

| February 1, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON February 1, 2010 |